# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160339(132)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARRELL WILDER, a/k/a DARRELL
JOHN WILDER, a/k/a DARRELL J. WILDER,
      Defendant-Appellant.

SC: 160339
COA: 327491
Wayne CC: 14-004600-FH

_____/

      On order of the Court, the stipulated motion to vacate the defendant's convictions, remand for a new trial and dismiss the appeal is considered, and it is GRANTED, in part. The application for leave to appeal is DISMISSED with prejudice and without costs. We REMAND this case to the Wayne Circuit Court for any further necessary proceedings.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2020



Clerk

p0909